```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF MISSOURI
                          EASTERN DIVISION


ANTHONY LEE MARTIN,              )
                                 )
          Plaintiff,             )
                                 )
     v.                          )    No. 4:07-CV-1565-JCH
                                 )
AL LUEBBERS, et al.,             )
                                 )
          Defendants.            )
```

## ORDER OF DISMISSAL
## PURSUANT TO 28 U.S.C. § 1915(e)(2)(B)

**IT IS HEREBY ORDERED** that plaintiff's complaint is **DISMISSED**, without prejudice, pursuant to 28 U.S.C. § 1915(e)(2)(B).

**IT IS HEREBY CERTIFIED** that an appeal from this dismissal would not be taken in good faith. See 28 U.S.C. § 1915(a)(3).

Dated this 7th day of November, 2007

/s/ Jean C. Hamilton
**UNITED STATES DISTRICT JUDGE**